# William Hanke, Appellee, v. George C. Keech, Appellant.

## Gen. No. 23,348.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. EDMUND K. JARECKI, Judge, presiding. Heard in this court at the March term, 1917. Affirmed. Opinion filed December 3, 1917.

## Statement of the Case.

Action by William Hanke, plaintiff, against George C. Keech, defendant, to recover on a contract to pay a commission on the sale of real estate. From a judgment for plaintiff for $112.50, defendant appeals.

SCOTT, BANCROFT, MARTIN & STEPHENS and LOUIS W. MACK, for appellant.

No appearance for appellee.

MR. JUSTICE DEVER delivered the opinion of the court.

## Abstract of the Decision.

BROKERS, § 104*—*what does not relieve purchaser from liability on promise to protect broker to extent of commission.* A purchaser who agrees with a real estate broker holding property for sale to protect him to the extent of any commission he had arranged for with the owner of the property is not relieved from such agreement by the fact that the broker thereafter informed the owner that he had previously been offered a higher price by another, thereby causing the owner to refuse to sell to the purchaser at less than such higher price.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.